Argued and submitted April 3, reversed and remanded April 22, 1992

Philip WALDEN
and Pat Walden,
*Respondents,*

*v.*

Andrea SCHAFFER,
*Appellant.*

(90-3303-E-2; CA A69331)

828 P2d 1064

Charles M. McNair, Medford, argued the cause for appellant. With him on the brief were Nathan J. Heath and Fowler, Alley & McNair, Medford.

Thomas C. Howser, Ashland, argued the cause for respondents. With him on the brief was Howser & Munsell, P.C., Ashland.

Before Warren, Presiding Judge, and Joseph, Chief Judge, and Edmonds, Judge.

PER CURIAM

## PER CURIAM

Defendant is the owner of a tract of land over which a nonexclusive easement for the benefit of plaintiffs was created by the parties' common grantor. Plaintiffs brought this proceeding to enjoin the use being made of the easement by defendant, and the trial court granted them a summary judgment.

The summary judgment record demonstrates unresolved questions of fact concerning the reasonableness of defendant's use. Summary judgment was inappropriate.

Reversed and remanded.